25-10360

UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

glenn winningham; house of fearn, a man ]
                              Demandant, Appellant ]
                                              ]
vs.                                                ]
                                              ]
Kathryn Phillips, et al,                        ]
                            Wrongdoers, Appellees ]

# APPEAL BRIEF



glenn winningham; house of fearn, sui juris, a living man
With full responsibility for my actions
under YHWH's law as found in the Holy Bible and no other
With a postal address of;
General Post Office, ZIP CODE EXEMPT
C/O 6340 Lake Worth Boulevard, #437
near Fort Worth, Texas [RR 76135]
Non-Domestic Mail, Without the Pope's United States, Inc.

25-10360

UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| glenn winningham; house of fearn, a man | ] | |
| Demandant, Appellant | ] | |
| | ] | |
| vs. | ] | APPEAL BRIEF |
| | ] | |
| Kathryn Phillips, et al, | ] | |
| Wrongdoers, Appellees | ] | |

## Corporate Disclosure Statement

1  The Appellant fails to be a corporate slave of any kind, including the Pope's slave property Minor Estate *31 CFR 363.6*, fiction, called a US citizen, and the Appellant has lots of firsthand knowledge of how Pope's private BAR Guild scum intent to presume the Appellant is DEAD and lost at sea in spite of the fact that the Appellant says he is living in every document filed, <u>everywhere</u>, including Document 113 *Affidavit of Life* filed on May 30, 2025 in this case.

## Certificate of Interested Persons

2  The ONLY things (persons) that might interested in this case are as follows;

Christopher Lee Lindsey, Assistant Attorney with the rank of General, the Pope's private BAR Guild, P.O. Box 12548, Capitol Station, Austin, Texas 78711

Scot M Graydon, Assistant Attorney with the rank of General, the Pope's private BAR Guild, P.O. Box 12548, Capitol Station, Austin, Texas 78711

Amanda M Kates, Assistant Disciplinary Counsel, the Pope's private BAR Guild, State BAR of Texas, Post Office Box 12487, Capitol Station, Austin, Texas 78711-2487

Tami C Parker, the Pope's Assistant United States Attorney, the Pope's private BAR Guild, Burnett Plaza, Suite 1700, 801 Cherry Street, Unit #4, Fort Worth, Texas 76102-6882

David B. Tabor, Attorney, the Pope's private BAR Guild, PERDUE BRANDON FIELDER COLLINS & MOTT, LLP, 1919 South Shiloh Road, Ste. 640, Garland, Texas 75042

Alysia Cordova, Attorney, the Pope's private BAR Guild, PERDUE BRANDON FIELDER COLLINS & MOTT, LLP, 6900 I-40 West, Ste. 300, Amarillo, Texas 79106

Jonathon Ellzey, Attorney, the Pope's Private BAR Guild, 320 E Third Street, Burkburnett, Texas 76354

Eric Clayton Farrar, Attorney, the Pope's private BAR Guild, 1919 South Shiloh Road, Ste. 640, LB 40, Garland, Texas 75042

Joseph Paul Duffie, Attorney, the Pope's private BAR Guild, Office of the Pope's Attorney General of Texas, P.O. Box 10548, MC-12, Austin, Texas 78711

Pamela Bondi, the Pope's US Attorney with the rank of General, 950 Pennsylvania Ave. NW, Washington, District of Columbia 20530-0001

Edward Martin, Jr., Director, Weaponization Working Group, United States Department of Justice, 950 Pennsylvania Ave. NW, Washington, District of Columbia 20530-0001

## Opposition to ORAL ARGUMENT

3  Appellant is not one of the Pope's private BAR Guild liars. Although Appellant has attempted to become acquainted with the relevant law, in as much as Appellant is not one of the Pope's private BAR Guild liars, it would be patently unfair to pit Appellant against the Pope's private BAR Guild liars in oral argument. Therefore, in the interest of fundamental fairness, Appellant moves the court to make all rulings based on the pleadings before the court. Should the court determine oral argument, in the instant matter, will aid the resolution of this matter, in order to avoid surprise, Appellant moves the court

to direct the Pope's private BAR Guild liars to give prior notice of all law and case law it intends to bring before the court in oral argument.

## Table of Contents

Corporate Disclosure Statement .................................................................. 1
Certificate of Interested Persons ................................................................ 1
Opposition to ORAL ARGUMENT ............................................................. 2
Table of Contents ........................................................................................ 3
Table of Authorities .................................................................................... 3
Jurisdictional Statement ............................................................................. 5
Issues Presented for Review ....................................................................... 7
The Facts ..................................................................................................... 7
Argument Summary ..................................................................................... 9
Argument ..................................................................................................... 9
Conclusion ................................................................................................. 33
Relief Sought ............................................................................................. 33

## Table of Authorities

*1 Statute 77, Section 9(a);* ...................................................................... 27
*102 Stat. 1344 Public Law 100-418 Aug 23, 1988* .................................. 11
*13 Vin. Abr. 539* ....................................................................................... 30
*16 Am. Jur. 2d, Constitutional Law, Section 543* .................................... 27
16 Stat. 419 ......................................................................................... passim
*16th American Jurisprudence 2d, Section 177 late 2nd, Section 256* ...... 30
18 USC Section 2381 .................................................................................. 32
28 USC § 1331 Federal Question ................................................................. 5
28 USC § 1332, Diversity of Citizenship ..................................................... 6
28 USC § 1343 .............................................................................................. 6
28 USC § 1355, Forfeiture ............................................................................ 6
28 USC § 1361, a Petition for a Writ of Mandamus .................................... 7
28 USC § 453 .............................................................................................. 32
28 USC 1746(1) .......................................................................................... 34
*30 Cal 596; 167 Cal 762.* .......................................................................... 21
31 CFR 363.6 ....................................................................................... passim
*36 Statute 1161, Section 256, Part (3).* .................................................... 27
*An Act defining what money and property is subject to taxation or exemption, and the mode of listing the same. on August 21, 1876* .......................................................................... 13
*Andersons Law Dictionary, 1889 Edition, page 764* ................................ 24
*Apostolic Letter issued Motu Proprio...., entering into force on 1 September 2013.* .......... 26
Article 1, Section 10, Clause 1 ........................................................ 9, 21, 34
Article 1, Section 8, Clause 3 ...................................................................... 6
Article 1, Section 8, Clauses 17 and 18 ..................................................... 27
*Article 1, Section 9, Clause 3* ....................................................... 9, 21, 34
Article I in Amendment ......................................................................... 33, 34

*Article III, Section 1* ........................................................................................... 12

Article IV, Section 3, Clause 2 ............................................................................ 10

*Article VI, Clause 2* ..................................................................................... 11, 26

*Axon Enterprise, Inc. v. FTC, 143 S.Ct. 890 (2023) Nos. 21-86 and 21-1239 (April 14, 2023)* .. 29

*Black's Law Dictionary 8th Edition, page 2495* ................................................ 20

*Black's Law Dictionary 9th Edition, page 1862* ............................................... 30

*Black's Law Dictionary 9th Edition, page 1866* ............................................... 30

*Black's Law Dictionary, 4th Edition* ............................................................ 23, 30

*Black's Law Dictionary, 6th Edition, page 868,* ............................................... 30

*Black's Law Dictionary, 8th Edition, page 496.* ............................................... 12

*Black's Law Dictionary, 9th Edition, page 1832* ............................................. 30

*Black's Law Dictionary, 5th Edition page 709* ................................................. 14

*Black's Law Dictionary, Revised 4th Edition, page 312* .................................. 18

*Blackstone, 4 BL. Comm 310* .......................................................................... 17

*Bouvier's Law Dictionary 1856 Edition* ......................................................... 10

*Bouvier's Law Dictionary, 1856 Edition, page 520* ......................................... 12

*Bouvier's Law Dictionary, Third Revision, 8th Edition, Volume 2, Page 2612* ........... 21

*Bouvier's Maxims of Law 1856* ........................................................................ 30

*Brookfield Const. Co. v. Stewart, 284 F. Supp. 94* ........................................... 29

*Bulloch v. United States, 763 F.2d 1115, 1121 (10th Cir. 1985)* ..................... 13

*Causes and Necessity for Taking up Arms (1775)* ....................................... 16, 22

*Chapter Fifty-Six in Sec. 1617, at 31 Stat. 1432* ............................................. 18

*City of Lufkin v. McVicker, 510 S.W. 2d 141 (Tex. Civ. App. – Beaumont 1973).* ........... 31

*Concessions of England to the Pope (1213)* ..................................................... 15

*Declaration of Independence (1776)* ......................................................... 16, 25

*Diamond v. Harris, (1830) 33 Tex 634, 638.* ................................................... 23

*Dyett v Turner 439 P2d 266 @ 269, 20 U2d 403 [1968]* ................................. 22

*Dyett v Turner 439 P2d 266, page 63* .............................................................. 23

*Eisner v Macomber, 252 U.S. 189 [emphasis in the original]* ......................... 14

*Encyclopedia Britanica, 1773, Volume 3, page 632.* ....................................... 18

*Encyclopedia Britannica, 1771, Volume 2, Page 883* ...................................... 18

*Ex Parte Frank Knowles, 5 Cal. Rep. 300* ....................................................... 11

*Ex Parte Milligan 4 Wall (71 U.S.) 2, 18 L.Ed. 281, p 302* ............................ 22

*Ex parte Siebold, 100 U.S. 371, 376 (1880* .................................................... 29

*Fay v. Noia, 372 U.S. 391, 408 (1963)* ........................................................... 29

First Article in Amendment ................................................................................ 17

*Gawthrop v. Fairmont Coal Co., 81 S.E. 560, 561; 74 S.Va. 39* ...................... 23

*Hagans v. Lavine, 415 U. S. 538 (1974)* .......................................................... 28

Hague Convention Concerning the International Administration of the Estates of Deceased
Persons, concluded 2 October 1973 ................................................................... 32

*Hale v Henkel 201 U.S. 43 (1906)* ................................................................... 27

*Hobbs v. U.S. Office of Personnel Management, 485 F.456 (M.D.Fla. 1980)* ............... 31

*Holthouse a New Law Dictionary, 1850 Edition, page 299* ............................. 24

*In re Estate of Steinfield, 630 N.E.2d 801.* ..................................................... 31

*In Reg: U.S. Senate Report No. 93-549 dated 11/19/73 (73 CIS Serial Set S963-2 - [607 Pages]*
..................................................................................................................... 22

*International Organization Immunity Act of 1945, (59 Stat. 669)* ................................................ 15

*Jacob A New Law Dictionary, 1750 Edition,* ............................................................................ 24

*John 8:44* .................................................................................................................................. 32

*John Locke, Two Treatises of Government, Book II, Chapter XVIII, § 199, & § 201* ................. 17

*K.C. Davis, ADMIN. LAW, Ch. 1 (CTP. West's 1965 Ed.* ......................................................... 21

*Kawananakoa v. Polyblank, 205 U.S. 349, 353, 27 S. Ct. 526, 527, 51 L. Ed. 834 (1907)* ......... 10

*Legal Information Institute* ....................................................................................................... 21

*Loyd v. Director, Dept. of Public Safety, 480 So. 2d 577 (Ala. Civ. App. 1985).* ....................... 31

*Manchester v. Boston, Massachusetts Reports, Vol. 16, Page 235 (1819)* ................................... 11

*McCulloch v. Maryland 17 U.S. 316* ........................................................................................ 10

<u>*Missouri, K. & T. Ry. Co. v. Dewey Portland Cement Co.,* 242 P. 257, 259, 113 Okla. 142.</u> ..... 24

*National Mutual Insurance Company of the District of Columbia v. Tidewater Transfer
    Company, 337 U.S. 582, 93 L.Ed. 1556 (1948)* ...................................................................... 6

<u>*NcNeely v. City of Natchez,* 114 So. 484, 487; 148 Miss. 268.</u> ............................................... 23

*Norman v. Zieber, 3 Or at 202-03* ............................................................................................ 28

*Norton vs Shelby County, 118 U.S. 425, p. 442* ....................................................................... 29

*Owens v Independence 100 S.C.T. 1398* ................................................................................... 29

*Pauley v. Hall, 335 N. W. 2d 197, 124 Mich App 255;* ............................................................ 29

*Preamble* ..................................................................................................................................... 9

*Schucker v. Rockwood, 846 F.2d 1202* ..................................................................................... 29

*Section 22.01 Texas Tax Code* .................................................................................................. 14

*Steinfeld v. Hoddick, 513 U.S. 809, (Ill. 1994).* ....................................................................... 31

*Strauss v. Strauss, 3 So. 2nd 772 at 728 (1941)* ....................................................................... 23

<u>*Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464*</u>
    .................................................................................................................................................. 21

*Thompson v. Thompson, 238 S.W.2d 218 (Tex.Civ.App. – Waco 1951).* ................................. 31

*Title 28 United States Code § 631* ........................................................................................... 15

*Title 35 USC 70501 through 70512* ......................................................................................... 15

*Tomlins Law Dictionary 1835 edition, Volume 2 under the definition of Mortmain* .................. 16

*Tomlins Law Dictionary 1835 Edition, Volume 2, under the definition of POPE* ....................... 15

*Tomlins Law Dictionary, 1835 Edition, Volume 1* .................................................................... 17

<u>*Tumey v Ohio, 273 U.S. 510, 5209, 47 S. Ct. 437, 440, 71 L.Ed. 749 (1927)*</u> ............................ 32

*United States Congressional Record, March 17, 1993 Vol. 33* ................................................. 22

*United States v Lovett, 328 U.S. 303, 315, 66 S.Ct. 1073, 1079, 90 L.Ed. 1252* ....................... 12

*United States v. Brown, 381 U.S. 437, 448-49, 85 S. Ct. 1707, 1715, 14 L.Ed. 484, 492* ........... 12

*United States v. Schooner Amistad, 40 U.S. (15 Pet.) 518 (1841))* .......................................... 31

*Ward v Village of Monroeville, 409 U.S. 57, 61-62, 93 S.Ct 80, 83, 34 L.Ed. 2d 267 (1972)* ..... 32

*Waterston Encyclopedia of Commerce and Mercantile Law, 1863 page 582* .............................. 18

*Williams v United States 289 U.S. 553 (1933)* ......................................................................... 29

# Jurisdictional Statement

4   This action in the lower court was initiated because

    a) Federal Question - Your Code of Law for the District of Columbia Title 28

    USC § 1331 Federal Question, because taxation of land originated with an Act

of Congress under Chap XLV, approved August 5, 1861 at *12 Stat. 292* that has

not been repealed or modified, and that provided for

i) *Tax assessors and collectors at Sec. 9. at 12 Stat. 296*, and,
ii) *They are required to execute a bond at Sec. 10 at 12 Stat. 296*, and,
iii) *They have an oath of office at Sec. 11 at 12 Stat. 297*, and,
iv)     *Secretary of the Treasury to provide regulations at Sec. 12 at 12 Stat. 297*, and,
v) *A direct tax on lands and lots of ground at Sec. 13. at 12 Stat. 297*, and,
vi) *A Board of Assessors at Sec. 25 at 12 Stat. 300*, and,
vii) *Tax liens at Sec. 33 at 12 Stat. 303* and,
viii)    *"...every collector ...shall exercise or be guilty of any extortion or oppression under color of this act...shall be liable..." at Sec. 43 at 12 Stat. 307*, and,
ix)     *A penalty for taking a false oath – perjury of oath at Sec. 47 at 12 Stat. 308*, and,
x)     *"...there shall be allowed....in full compensation for their services....a commission..." at Sec. 48* at 12 Stat. 308, and,

b) Diversity of Citizenship - Your Code of Law for the District of Columbia

Title 28 USC § 1332, Diversity of Citizenship, because all Appellees are the

Pope's Fourteenth Amendment US citizens as required by Texas civil codes,

under the commerce clause, and the Appellant fails to be the Pope's Fourteenth

Amendment US citizen slave property, as described herein, and *"Congress*

> *"We therefore decline to overrule the opinion of Chief Justice Marshall: We hold that the District of Columbia is not a state within Article 3 of the Constitution. In other words cases between citizens of the District and those of the states were not included of the catalogue of controversies over which the Congress could give jurisdiction to the federal courts by virtue of Article 3. In other words Congress has exclusive legislative jurisdiction over citizens of Washington District of Columbia and through their plenary power nationally covers those citizens even when in one of the several states as though the district expands for the purpose of regulating its citizens wherever they go throughout the states in union" National Mutual Insurance Company of the District of Columbia v. Tidewater Transfer Company, 337 U.S. 582, 93 L.Ed. 1556 (1948) [emphasis added]*

*has exclusive legislative jurisdiction"* of the Pope's Fourteenth Amendment US

citizen property under the Commerce Clause (*Art. 1, Sec. 8, Cl 3*)

c) Unalienable Rights [Civil Rights] and under your Code of Law for the

District of Columbia Title 28 USC § 1343 because Appellees are stealing the

Appellant's land, and Appellant has an unlimited natural right to own land,

d) Forfeiture - under your Code of Law for the District of Columbia Title 28

USC § 1355, Forfeiture, because Appellees are stealing the Appellant's land,

e)  Mandamus - under your Code of Law for the District of Columbia Title 28 USC § 1361, a Petition for a Writ of Mandamus to order Chad Yarbrough, or his successor, to do his duty to arrest the Appellees for their felonies, and Leigha Simonton, or her successor, to do her duty to prosecute their felonies, since they have refused to do anything about it, because Appellees named herein are engaged in multiple felonies, as evidenced by the 78 criminal complaints filed into the Texas 97th District Court - also filed into the lower Court which the Pope's *clergy* unfiled.

5  The Pope's *"clergy"* in the lower Court entered Final Judgment on 21 Feb 2025

6  Notice of Appeal filed on 3 March 2025, within the sixty day time requirement.

7  Court of Appeals is the proper venue to get a Void judgment vacated.

## Issues Presented for Review

8  The Minor Estate (*31 CFR 363.6*), is a fiction of law which originated with the Pope, and Canon Law and is a legislative usurpation of the bench which is a Bill of Attainder and unconstitutional. The Pope's owned and operated 1871 municipal corporation (*16 Stat. 419*), the National BAR Foundation, and the Pope's private BAR Guild State BAR of Texas are all unconstitutional.

## The Facts

9  On 27 September 2021, the Appellant converted Silver to land, in Texas, and stated on the Bill of Exchange ROA.1-2, ROA.254-255, ROA.371-372, that the Appellant failed to be a *cestui que* trust ROA.2, ROA.255, ROA.372.

10  The Pope's owned and operated Appellees and the Pope's private BAR Guild members converted the Texas land to the Pope's foreign United States, Inc., and sent threat letters using their Roman / Canon Law calling the Appellant their slave and threatening to engage in the theft of the Appellants land.

11  On or about 13 June 2022, the Appellant served a Notice and Demand on Kathryn Phillips by Registered Mail <u>RE 332 991 424 US</u>, Jennifer Fenoglio by

Registered Mail <u>RE 332 991 455 US</u>, Clay V Riddle by Registered Mail <u>RE 332 991 438 US</u>, and Kim Jones by Registered Mail <u>RE 332 991 441 US</u>, a true copy together with proof of service is attached hereto, all of which is incorporated herein by reference in its entirety, ROA.3-21, ROA.256-274, ROA.352-370, ROA.475-494, saying that the Appellant failed to be their Roman / Canon Law *cestui que* trust ROA.14-15, ROA.267-268, ROA.363-364, ROA.486-487, but was a living man, ROA.15, ROA.268, ROA.364, ROA.487, and explaining the felonies they were engaging in, with a copy of their threat letter enslaving the Appellant under their Roman / Canon Law, ROA.16-17, ROA.269-270, ROA.365-366, ROA.488-489.

12 The Pope's owned and operated private BAR Guild and the Pope's *"clergy"*, in the 97th District Court and issued a fake judgment to steal the Appellants land.

13 The Pope's owned and operated private BAR Guild in conspiracy with the Appellees were selling the Appellant's land in a tax sale, without payment of their extortion.

14 Because the Pope's Federal Bureau of Investigation refused to investigate the felonies of the Pope's County of Montague land thieves, in August of 2024, the Appellant filed a lawsuit in the lower Court.

15 On 7 September 2024, the Appellant took this matter to a common law jury, as evidenced by the Finding of Facts and Conclusions, ROA.105-133, ROA.225-253, all of which is incorporated herein by reference in its entirety, therefore this matter is *res judicata* by the superior common law court.

16 The Pope's lower Court *"clergy"* conspired with the Appellees to assault the Appellant with their Canon Law Minor Estate (*31 CFR 363.6*) to steal the land.

17 The Appellant filed a Notice of Constitutional Challenge, Document 108, on 10 March, 2025, ROA.405-416.

18 The Appellant filed Document 112 *Mandatory Judicial Notice of 12 Presumptions* ROA.417-439 and Document 113 *Affidavit of Life* ROA.440-445 on May 30, 2025, and Document 114 *Notice of Void Judgment* ROA.446-494 on 18 June 2025, Certified copies of each of which are attached to the Appendix, all of which is incorporated herein by reference in its entirety.

## Argument Summary

19 The BAR, the 1871 municipal corporation, (*16 Stat. 419*) and Minor Estate (*31 CFR 363.6*) are all unconstitutional because they all come from the Pope, and Article 1 in Amendment says *"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof…"*. The Minor Estate (*31 CFR 363.6*) and the ruling of the lower court's *"clergy"* is a Bill of Pains and Penalties and unconstitutional under *Art 1, Sec 9, Cl 3*, and *Art 1, Sec 10, Cl 1*.

## Argument

20 All officers of the court have an oath of office to the Appellant as evidenced herein, and by the Statement of Original Status found in the *Corporate Denial Affidavit* that is recorded with the Pinal County Recorder at Fee Number 2013-032373, and the pedigree charts that are attached thereto, that is now the unrebutted truth and public policy, a true copy of which may be viewed at their website https://acclaim.pinalcountyaz.gov/AcclaimWeb/.

18.    Wil Livingston (ratified *This Constitution for the United States of America* on behalf of New Jersey (1787)) is the Appellants fourth great uncle, which means the Appellant is posterity as found in the Preamble

> *WE THE PEOPLE of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and <u>secure the Blessings of Liberty to ourselves and our Posterity</u>, do ordain and establish this Constitution for the United States of America. [emphasis added]*

and the Appellant is entitled to right of blood, and, *"…right of blood…cannot be*

*destroyed by any civil law...* ", because all of the laws of Congress and all the laws of Texas are civil laws

> *"Jura sanguinis nullo jure civili dirimi possunt. The right of blood and kindred cannot be destroyed by any civil law. Dig. 50, 17, 9; Bacon's Max. Reg. 11." Bouvier's Law Dictionary 1856 Edition, page 768,*

and this Court is operating under power which is derived from the Appellant, as *posterity,* and the maxim says: *"the power which is derived cannot be greater than that from which it is derived" — Deritiva potestas non potest esse major primitiva. — Bouvier's Law Dictionary 1856 Edition,* therefore, it is impossible for the Appellant to give any of the Pope's Appellees, or their private BAR Guild handlers, or this Court, any authority over the Appellant, and the legislative Supreme Court of the United States agreed, and said it is impossible to *confer a sovereignty which will extend over* the Appellant;

> *The sovereignty of a State extends to everything which exists by its own authority or is introduced by its permission, but does it extend to those means which are employed by Congress to carry into execution powers conferred on that body by the people of the United States? We think it demonstrable that it does not. Those powers are not given by the people of a single State. They are given by the people of the United States, to a Government whose laws, made in pursuance of the Constitution, are declared to be supreme. Consequently, the people of a single State cannot confer a sovereignty which will extend over them. McCulloch v. Maryland 17 U.S. 316 [emphasis added]*

19.    The Appellant is exempt from the Pope's Appellees and the Pope's private BAR Guild *"....not because of any formal conception or obsolete theory, but on the logical and practical ground that there can be no legal Right as against the authority that makes the law on which the Right depends." Kawananakoa v. Polyblank, 205 U.S. 349, 353, 27 S. Ct. 526, 527, 51 L. Ed. 834 (1907),* and the Appellant requires this Court to regulate their property under *Art. IV, Sect. 3, Cl. 2, "The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States;....",* which is the supreme law of the land, *"anything in the Constitution or laws of any State to the contrary notwithstanding". Article VI, Clause 2,*

10

*Constitution for the United States of America*, and *"We the People"* fail to be US

citizens because the Pope's Fourteenth Amendment US citizen failed to exist when

the Constitution was written;

> *"The term, citizens of the United States, must be understood to intend those who were citizens of a State, as such, after the Union had commenced, and the several States had assumed their sovereignties. Before this period there was no citizens of the United States." Manchester v. Boston, Massachusetts Reports, Vol. 16, Page 235 (1819)*

20.    The Pope's Fourteenth Amendment US citizen is a fiction of law;

> *"...it might be correctly said that there is no such thing as a citizen of the United States. ...... A citizen of any one of the States of the Union, is held to be, and called a citizen of the United States, although technically and abstractly there is no such thing." Ex Parte Frank Knowles, 5 Cal. Rep. 300;*

> *(e) DEFINITIONS.-As used in this section-*
> *(1) the term "United States business" means-*
> *(A) a United States citizen;*
> *(B) a corporation, partnership, or other association created under the laws of the United States or of any State (including the District of Columbia or any commonwealth, territory, or possession of the United States); or*
> *(C) a foreign corporation, partnership, or other association, more than 95 percent of which is owned by persons described in subparagraphs (A) and (B);*
> *102 Stat. 1344 Public Law 100-418 Aug 23, 1988*

21.    The Pope's Fourteenth Amendment US citizen was created by the Pope's

Canon Law by what is now the Pope's owned and operated Congress

> *"The (14th) amendment referred to slavery. Consequently, the only persons embraced by its provisions, and for which Congress was authorized to legislate in the manner were those then in slavery." Bowling v. Commonwealth, (1867), 65 Kent. Rep. 5, 29*

> *"The term resident and citizen of the United States is distinguished from a Citizen of one of the several states, in that the former is a special class of citizen created by Congress." U.S. v. Anthony 24 Fed. 829 (1873)*

> *"All citizens of the United States shall have the same right, in every State and Territory, as is enjoyed by white citizens thereof to inherit, purchase, lease, sell, hold, and convey real and personal property." 42 USC [District of Columbia Code] § 1982;*

22.    Fictions of Law were *"..invented by the Roman Praetors..."* under Canon

(Roman) Law, for the Pope's ecclesiastical city States, that is now the Vatican

*"...under the pretence of doing equity...";*

*" Fictions of Law - 3. <u>Fictions were invented by the Roman praetors</u>, who, not possessing the power to abrogate the law, <u>were nevertheless willing to derogate from it, under the pretence of doing equity</u>. Fiction is the resource of weakness, which, in order to obtain its object, assumes as a fact, what is known to be contrary to truth: when the legislator desires to accomplish his object, he need not feign, he commands. <u>Fictions of law owe their origin to the legislative usurpations of the bench</u>. 4 Benth. Ev. 300." Bouvier's Law Dictionary, 1856 Edition, page 520*

and *"Fictions of Law owe their origins to the Legislative usurpations of the bench."* which means the fake Judge is a Legislator when dealing with fictions of law, which means the fake Judge's Legislative act is a Bill of Attainder, because a Bill of Attainder is a *"..Legislative act ....that apply to ...named individuals...to inflict punishment without a judicial trial."*

*"Bill of Attainder" means <u>Legislative acts, no matter what their form, that apply either to named individuals or to easily ascertainable members of a group in such a way as to inflict punishment on them without a judicial trial</u>. United States v. Brown, 381 U.S. 437, 448-49, 85 S. Ct. 1707, 1715, 14 L.Ed. 484, 492; <u>United States v Lovett, 328 U.S. 303, 315, 66 S.Ct. 1073, 1079, 90 L.Ed. 1252</u>*

*"bill of attainder. 2. A special legislative act prescribing punishment, without a trial, for a specific person or group. • Bills of attainder are prohibited by the U.S. Constitution (art. I, § 9, cl. 3; art. I, § 10, cl. 1). — Also termed act of attainder. See ATTAINDER; BILL OF PAINS AND PENALTIES . [Cases: Constitutional Law 82.5. C.J.S. Constitutional Law §§ 429– 431.]" Black's Law Dictionary, 8th Edition, page 496*

*"BILL OF PAINS AND PENALTIES bill of pains and penalties. A legislative act that, though similar to a bill of attainder, prescribes punishment less severe than capital punishment. • Bills of pains and penalties are included within the U.S. Constitution's ban on bills of attainder. U.S. Const. art I, § 9. [Cases: Constitutional Law 82.5. C.J.S. Constitutional Law §§ 429–431.]" Black's Law Dictionary, 8th Edition, page 499*

which was brought up in the lower court in the Demand for Relief, and Document 100, ROA.22-134, starting at ROA.28, Document 103, ROA.135-275, starting at ROA.152, and Document 104, ROA.296-402, starting at ROA.306, true copies of which are in the Appendix, because Judges ONLY hold office during good behavior,

*"The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behaviour, ... " Article III, Section 1, This Constitution for the United States of America*

and Judges in bad behavior are engaged in fraud upon the court

> *"Fraud upon the court is fraud which is directed to the judicial machinery itself and is not fraud between the parties or fraudulent documents, false statements or perjury. ... It is where the court or a member is corrupted, or influenced, or influence is attempted, or where the judge has not performed his judicial function --- i.e., where the impartial functions of the court have been directly corrupted." Bulloch v. United States, 763 F.2d 1115, 1121 (10th Cir. 1985)*

therefore, the Judges in the lower Court are the Pope's *"clergy"* and engaged in *fraud upon the court* in conspiracy with the Pope's private BAR Guild members working for the Pope's County of Montague corporation, when they issued a Bill of Pains and Penalties against the Appellant (named individual) because they intended to be accomplices to the theft of the Appellant's land by using the Pope's owned and operated fiction of law Minor Estate (*31 CFR 363.6*) *cestui que usufruct*;

23.    The Pope's County of Montague corporation rendered by force the Appellant's land even though the Texas Tax Code originating after the civil war, with the *An Act defining what money and property is subject to taxation or exemption, and the mode of listing the same, on August 21, 1876*

> *Section 1. Be it enacted by the Legislature of the State of Texas, That all real and personal property in this State, the property of corporations new existing or may be hereafter created, and the property of all banks or banking companies now existing or may be hereafter cleated, and of all bankers, except such as is hereinafter expressly exempted is subject to taxation, and such property, or the value thereof, shall be entered in a list of taxable property for that purpose, in a manner prescribed by this act.*

which is for corporate owned property, and in Section 4 *"..The term person, whenever used in this act or any other act regulating the assessment and collection of taxes, shall be construed to include firm, company or corporation"* [emphasis added] and requires "cash or its equivalent" for their taxes, which means Federal Reserve Notes

> *(7) "Market value" means the price at which a property would transfer for cash or its equivalent under prevailing market conditions if:.... Section 1.04, Definitions, Texas Tax Code*

and as explained in the Kathryn Phillips Notice and Demand 061022 ROA.3-21,
ROA.256-274, ROA.352-370, ROA.475-494 that was served on Appellees; that
shows taxable land is *"...used for the production of income..."*

> *"RENDITION GENERALLY. (a) Except as provided by Chapter 24, a person shall render for taxation all tangible personal property <u>used for the production of income</u> that the person owns or that the person manages and controls as a fiduciary on January 1." Section 22.01 Texas Tax Code [emphasis added]*

and Rendition originated with Section 7, in the Act of the Legislature of 1876, *Sec.
7. All property shall be listed or rendered in the manner following: First every
person of full age and sound mind, being a resident of this State, ....*which is
corporate property, which means the Appellants land fails to qualify for rendition,
as explained in the Notice and Demand, that was served on the Appellees, because
"income" is corporate profits;

> *"...it becomes essential to distinguish between what is and what is not "income," according to truth and substance without regard to form. Congress cannot, by any definition it may adopt, conclude the matter, since it cannot by legislation, alter the Constitution, from which it derives its power to legislate, and which within those limitations alone, that power can be unlawfully exercised... [Income is] <u>Derived -- from -- capital -- the -- gain -- derived -- from - - capital</u>, etc. Here we have the essential matter -- <u>not</u> gain <u>accruing to</u> capital, not a <u>growth</u> or <u>increment</u> of value <u>in</u> the investment; but a <u>gain</u>, a profit, something of exchangeable value ... <u>severed from</u> the capital however invested or employed, and <u>coming in</u>, being <u>"derived,"</u> that is <u>received</u> or <u>drawn by</u> the recipient for his <u>separate</u> use, benefit and disposal -- that is the income derived from property. Nothing else answers the description...." <u>Eisner v Macomber, 252 U.S. 189</u> [emphasis in the original]*

24.    The Pope's BAR is an acronym and stands for British Accredited Regency

> *regency. 1. The office or jurisdiction of a regent or body of regents. 2. A government or authority by regents. 3. The period during which a regent or body of regents governs.*

because the Pope's Private BAR Guild members are appointed by *Inns of Court*

> *INNS OF COURT - "These are certain private unincorporated associations, in the nature of collegiate houses, <u>located in London</u>, and invested with the <u>exclusive privilege of calling men to the bar</u>;..." Black's Law Dictionary, 5th Edition page 709.*

which is located in the Pope's dependent City State located in the City of London,
originally called the Kingdoms of England and Ireland, now known as United
Kingdom, and, *The Crown*, since the *Concessions of England to the Pope, (1213)*

> "... we will and establish perpetual obligation and concession we will establish that from the proper and especial revenues of our aforesaid kingdoms, for all the service and customs which we ought to render for them, saving in all things the penny of St. Peter, _the Roman church shall receive yearly a thousand marks sterling_, namely at the feast of St. Michael five hundred marks, and at Easter five hundred marks-seven hundred, namely, for the kingdom of England, and three hundred for the kingdom of Ireland..." Concessions of England to the Pope (1213) [emphasis added]

because King John gave the Kingdoms of England and Ireland to the Pope and

agreed to rent them back for a thousand marks sterling per year

> "And, not long after this, by a general excommunication of the king and people for several years, because they would not suffer an archbishop to be imposed on them, [King] John was reduced to such straits, that he surrendered his kingdoms to Pope Innocent III, to receive them again, and hold them of him under the rent of a thousand marks." Tomlins Law Dictionary 1835 Edition, Volume 2, under the definition of POPE

which means all Private BAR Guild members are foreign agents of the Pope,

which is why they are here under the Pope's civil laws of Congress _Foundation of_

_the Federal BAR Association_ under the Code of Law for the District of Columbia

now known as _Title 35 USC 70501 through 70512_, claiming immunity under the

_International Organization Immunity Act of 1945, (59 Stat. 669);_

25.    Both Judges in the lower Court are the Pope's _"clergy"_ Private BAR Guild

members as required by the Pope's civil laws of Congress called the Code of Law

for the District of Columbia, now known as _Title 28 United States Code § 631_;

> (b) No individual may be appointed or reappointed to serve as a _magistrate judge_ under this chapter unless:
> (1) He has been for at least five years a member in good standing of the bar of the highest court of a State

26.    The Pope's dependent City State in the City of London called _The Crown_

created the _Cestui que Vie Act of 1666_

> "Yet still it was found difficult to set bounds to ecclesiastical [Papal] ingenuity; for when they were driven out of all their former holds, they devised a new method of conveyance, by which the lands were granted, not to themselves directly, but to nominal feoffees to the use of the religious houses [the Vatican]; thus distinguishing between the possession and the use, and receiving the actual profits, while the seisin of the lands remained in the nominal feoffee, _who was held by the courts of equity (then under the direction of the clergy [the Pope])_ to be bound in conscience to account [tax] to his _cestui que use_ for the rents and emoluments of

the estate: <u>and it is to these inventions that our practitioners are indebted for the introduction of uses [usufructs] and trusts, the foundation of modern conveyancing.</u>" *Tomlins Law Dictionary 1835 edition, Volume 2 under the definition of Mortmain [emphasis added]*

"<u>....who was held by the courts of equity (then under the direction of the clergy)</u> <u>[the Pope]</u> *to be bound in conscience to account [tax] to his cestui que use for the rents and emoluments of the estate...*" which is under the direction of the Pope's *"clergy"* in this case, which is what the Pope's County of Montague land thieves and the Pope's private BAR Guild handlers did to the Appellant, and which is what precipitated the War of Independence as evidenced by the *Causes and Necessity for Taking Up Arms* issued by the Continental Congress in 1775

> "...*statutes have been passed extending the courts of admiralty and vice-admiralty far beyond their ancient limits for depriving us the accustomed and inestimable privilege of trial by jury, in cases affecting both life and property........<u>to supersede the course of common law and instead thereof to publish and order the use and exercise of the law martial.......and for altering fundamentally the form of government established by charter. We saw the misery to which such despotism would reduce us.</u>" Causes and Necessity for Taking up Arms (1775) [emphasis added]*

and the Organic Law of the *Declaration of Independence* shows it was listed as reasons for Declaration of Independence from the Pope's tyrant, *the Crown* of England

> "<u>He has combined with others to subject us to a jurisdiction foreign to our constitution, and unacknowledged by our laws</u>; *giving his Assent to their Acts of pretended Legislation:*"
> "*For transporting us beyond Seas to be tried for pretended offences*"
> "*For imposing Taxes on us without our Consent:*"
> "*For depriving us in many cases, of the benefits of Trial by Jury:*"
> "*For taking away our Charters, abolishing our most valuable Laws, and altering fundamentally the Forms of our Governments:*"
> "*He has abdicated Government here, by declaring us out of his Protection and waging War against us.*" Declaration of Independence (1776)

because when they say *"He has combined with others to subject us to a jurisdiction foreign to our constitution and unacknowledged by our laws...."*, is talking about the Pope's Roman / Canon / ecclesiastical Law, which was also why thousands of people were fleeing Europe at that time, because of the Pope's tyranny there,

*"Tyranny is <u>the exercise of Power beyond Right</u>, which no Body can have a Right to. And this is making use of the Power anyone has in his hands, not for the good of those who are under it, but for his own Private separate Advantage. When the Governor, however entituled, makes not the Law, but his Will, the Rule, and his Commands and Actions are not directed to the preservation of the Properties of his People, but the satisfaction of his own Ambition, Revenge, Covetousness, or any other irregular Passion.*

*"Tis a mistake to think this fault only in Monarchies, other forms of government are liable to it, as well as that. For where-ever the Power that is put in any hands for the Government of the People, and the Preservation of their Properties, is applied to other ends, and made use of to impoverish, harass, or subdue them to the Arbitrary and Irregular Commands of those who have it: There it presently becomes Tyranny whether those that use it are one or many." John Locke, Two Treatises of Government, Book II, Chapter XVIII, § 199, & § 201*

with the Spanish Inquisition,

*INQUISITION, Is one way of proceeding in ecclesiastical courts. Wood's Inst. 596. Tomlins Law Dictionary 1835 Edition, Volume 1.*

and other inquisitions and oppressions

*"The use of <u>(information)</u> has a long history, For example, in the reign of Henry VII", ..a very oppressive use was made of them for something more than a century, so as to continually harass and shamefully enrich the [Pope's] crown." Blackstone, 4 BL. Comm 310.*

*"COURTS ECCLESIASTICAL, Curia Ecclesiasticae, Spiritual Courts. Are those courts which are held by the king's authority as supreme governor of the church, for matters which chiefly concern religion. 4 Inst. 321. And the <u>laws and constitutions whereby the church of England is governed</u>, are, <u>1. Divers immemorial customs</u>. 2. Our own provincial constitutions; and the <u>canons made in convocations</u>, especially those in those in the year 1603. ...... <u>Much oppression having been exercised through the channel of these courts, on persons charged with trifling offences within their spiritual jurisdiction</u>, ... " Tomlins Law Dictionary, 1835 Edition, Volume 1, [emphasis added],*

which is why the Appellant's ancestors made the very First Article in Amendment

*"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof;... "*

27.   After the War of Independence, the Pope's Canon / Roman / Ecclesiastical Law "*...cestui que use...*" was brought into America, first, with the Pope's 1871 Municipal Corporation *16 Stat. 419*

*""Civil Law," "Roman Law," and "Roman Civil Law" are convertible phrases, meaning the same system of jurisprudence. That rule of action which every particular nation, commonwealth, or city has established peculiarly for itself; <u>more properly called "municipal" law</u>, to distinguish it from the "law of nature," and from international law.  See Bowyer, Mod Civil Law, 19; Sevier v. Riley, 189 Cal. 170, 244 P. 323, 325" Black's Law Dictionary,*

> "Tyranny is <u>the exercise of Power beyond Right</u>, which no Body can have a Right to. And this is making use of the Power anyone has in his hands, not for the good of those who are under it, but for his own Private separate Advantage. When the Governor, however entituled, makes not the Law, but his Will, the Rule, and his Commands and Actions are not directed to the preservation of the Properties of his People, but the satisfaction of his own Ambition, Revenge, Covetousness, or any other irregular Passion.
> "Tis a mistake to think this fault only in Monarchies, other forms of government are liable to it, as well as that. For where-ever the Power that is put in any hands for the Government of the People, and the Preservation of their Properties, is applied to other ends, and made use of to impoverish, harass, or subdue them to the Arbitrary and Irregular Commands of those who have it: There it presently becomes Tyranny whether those that use it are one or many." John Locke, Two Treatises of Government, Book II, Chapter XVIII, § 199, & § 201

with the Spanish Inquisition,

> INQUISITION, Is one way of proceeding in ecclesiastical courts. Wood's Inst. 596. Tomlins Law Dictionary 1835 Edition, Volume 1.

and other inquisitions and oppressions

> "The use of (<u>information</u>) has a long history, For example, in the reign of Henry VII", ..a very oppressive use was made of them for something more than a century, so as to continually harass and shamefully enrich the [Pope's] crown." Blackstone, 4 BL. Comm 310.

> "COURTS ECCLESIASTICAL, Curia Ecclesiasticae, Spiritual Courts. Are those courts which are held by the king's authority as supreme governor of the church, for matters which chiefly concern religion. 4 Inst. 321. And the <u>laws and constitutions whereby the church of England is governed</u>, are, <u>1. Divers immemorial customs.</u> 2. Our own provincial constitutions; and the <u>canons made in convocations</u>, especially those in the year 1603. ... ... <u>Much oppression having been exercised through the channel of these courts, on persons charged with trifling offences within their spiritual jurisdiction</u>, ... " Tomlins Law Dictionary, 1835 Edition, Volume 1, [emphasis added],

which is why the Appellant's ancestors made the very First Article in Amendment

> "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; ... "

27.    After the War of Independence, the Pope's Canon / Roman / Ecclesiastical

Law "...*cestui que use*..." was brought into America, first, with the Pope's 1871

Municipal Corporation *16 Stat. 419*

> ""Civil Law," "Roman Law," and "Roman Civil Law" are convertible phrases, meaning the same system of jurisprudence. That rule of action which every particular nation, commonwealth, or city has established peculiarly for itself; <u>more properly called "municipal" law</u>, to distinguish it from the "law of nature," and from international law.   See Bowyer, Mod. Civil Law, 19; Sevier v. Riley, 189 Cal. 170, 244 P. 323, 325" Black's Law Dictionary,

*Revised 4th Edition, page 312, [emphasis added]*

and then with the Code of Law for the District of Columbia in 1901

> *"Chap. 854. – An Act to establish a code of law for the District of Columbia."*
> *"The Legal Estate to be in Cestui Que Use" Chapter Fifty-Six in Sec. 1617, at 31 Stat. 1432*

28.    The Pope's Minor Estate *cestui que usufruct* is now codified at *31 CFR 363.6*, and are unconstitutional because municipal law was *"the laws of the municipia or dependent"* Papal ecclesiastical city states

> *"3. Civil or municipal law, is that which every sovereign kingdom or state has appropriated to itself. The appellation of municipal was originally confined to the laws of municipia or dependent states: ...." Encyclopedia Britannica, 1771, Volume 2, Page 883*

> *"ROMAN OR PAPAL STATES; stretch across the central part of the Italian peninsula. in an oblique direction, from the Adriatic to the Mediterranean, and between Tuscany, Modena, and Lombardy. on the N. W., and Naples on the S. E., Area, 17,822 sq. miles. Population in 1833, 2,742,000. Capitol, Rome, pop. 153,000. Government, an elective monarchy, the pope for the time being the absolute sovereign, with a consulting assembly of cardinals." Waterston Encyclopedia of Commerce and Mercantile Law, 1863 page 582 [emphasis added]*

> *"ROME, the capital of the pope's territories and of Italy, and anciently the millress of the Roman Empire. E. Lon. 13⁰ N. Lat. 41⁰ 45'. ......" Encyclopedia Britanica, 1773, Volume 3, page 632*

and Roman Law is also called Canon Law

> *"5. The civil or Roman and canon law, though they are not perhaps to be deemed proper parts of our written law, have undoubtedly had the greatest influence in Scotland. The power exercised by our sovereigns and judges, have been justified upon no other ground, than that they were conformable to the civil or canon laws; ...." Encyclopedia Britannica, 1771, Volume 2, Page 883*

29.    The Pope's ecclesiastical city states were annexed to the Kingdom of Italy in 1870

> *The formerly republican leader in southern Italy, Giuseppe Garibaldi, made common cause with the House of Savoy to overthrow the Kingdom of the Two Sicilies, and the people voted in a plebiscite to join Sardinia to form the Kingdom of Italy in 1861; the Papal States and the city of Rome were annexed to the Kingdom in 1870, completing the Unification of Italy. This kingdom lasted until the aftermath of World War II, when the 1946 Italian institutional referendum ended the monarchy. Wikipedia [emphasis added]*

and are now called the Vatican City and the Holy See and it continues to this day

> *"The sovereignty and exclusive jurisdiction over the Vatican City, which Italy recognizes as appertaining to the Holy See, forbid any intervention therein on the part of the Italian*

*Government, or that any authority other than that of the Holy See shall be there acknowledged." The Lateran Pact, Article 4, 1929*

and is unconstitutional because of Article I in Amendment *"Congress shall make no law respecting an establishment of religion..."* and the Pope's necromancy *"...cestui que use...",* (usufruct) which is now called the Minor Estate *(31 CFR 363.6)* is an entity because an entity includes *"the estate of a living person such as an incompetent or a minor".*

> *Entity means any owner of a Treasury Direct account that is not an individual. Entity is a sole proprietorship, partnership, corporation, limited liability company or professional limited liability company, trust, the estate of a decedent, <u>or the estate of a living person such as an incompetent or a minor</u>. 31 CFR 363.6 [emphasis added]*

and a Minor can be anyone over the age of 18 years who has failed to take control of the securities in the treasury Direct Account

> *Minor means an individual under the age of 18 years. <u>The term minor is also used to refer to an individual who has attained the age of 18 years but has not yet taken control of the securities contained in his or her minor account.</u> 31 CFR 363.6 [emphasis added]*

30.    The Pope's *"...cestui que use..."* Minor Estate *(31 CFR 363.6)* is a fiction of law which was *"invented by the Roman Praetors...under the pretence of doing equity..."* and *"...owe their origin to the legislative usurpations of the bench. 4 Benth. Ev. 300." Bouvier's Law Dictionary, 1856 Edition, page 520,* and the Pope's Fictions of Law are necromancy and Satanic

> *10 There shall not be found among you any one that maketh his son or his daughter to pass through the fire, or that useth divination, or an observer of times, or an enchanter, or a witch, 11 Or a charmer, or a consulter with familiar spirits, or a wizard, <u>or a necromancer.</u> 12 For all that do these things are an abomination unto the LORD: and because of these abominations the LORD thy God doth drive them out from before thee. Deuteronomy 18: 10-12 King James Version*

and puts you under the Commerce Clause *(Art 1, Sec 8, Cl 3)* violating *Art 1, Sec 8, Cl 17,*

> *To exercise exclusive Legislation in all Cases whatsoever, <u>over such District (not exceeding ten Miles square)</u> as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of Government of the United States, .....Article 1, Section 8, Clause 17. [emphasis added]*

*plenary or summary. Plenary, or full and formal, suits are those in which the proceedings must be full and formal; the term summary is applied to those causes where the proceedings are more succinct and less formal. 2 Chitty, Pr. 481." Bouvier's Law Dictionary, Third Revision, 8th Edition, Volume 2, Page 2612 [emphasis added]*

*"Plenary - A plenary power or plenary authority is a complete and absolute power to take action on a particular issue, <u>with no limitations</u>. It is derived from the Latin term plenus," Wikipedia [emphasis added]*

*"Plenary Power - <u>Complete power over a particular area with no limitations</u>. This term is often used to describe the Commerce Power of Congress. Under the Commerce Clause (Article I, Section 8, Clause 3) Congress is granted full power over interstate commerce. The Court has found that states are not able to pass laws affecting interstate commerce without the permission of Congress." Legal Information Institute [emphasis added]*

31.     The Judges in the lower Courts are tyrants operating as (bought and paid for) administrative clerks masquerading as Judges, the Pope's *"clergy"*, under the Pope's Canon Law of Trusts, in *bad behavior*, and *fraud upon the court*, which are non-judicial proceedings, because whenever a statute is involved the Pope's fake Judge is actually a clerk masquerading as a Judge, as the Pope's *"clergy"*.

*""When acting to <u>enforce a statute</u> and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and <u>not in a judicial capacity</u>; courts administrating or enforcing statutes <u>do not act judicially</u>, but merely ministerially....but <u>merely act as an extension as an agent for the involved agency</u> -- but only in a "ministerial" and not a "discretionary capacity..." <u>Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464</u> [emphasis added]*

*"It is the accepted rule, not only in state courts, but, of the federal courts as well, that when a judge is <u>enforcing</u> administrative law they are described as mere 'extensions of the administrative agency for superior reviewing purposes' as a ministerial clerk for an agency..." <u>30 Cal 596; 167 Cal 762</u> [emphasis added]*

*"...judges who become involved in enforcement of mere statutes (civil or criminal in nature and otherwise), act as mere "clerks" of the involved agency..." K.C. Davis, ADMIN. LAW, Ch. 1 (CTP. West's 1965 Ed.)*

which  means they were Legislators engaging in Legislative Acts, against the Appellant, a named individual, which is a *Bill of Attainder* or a *Bill of Pains and Penalties*, which are prohibited under *Art 1, Sec 9, Cl 3*, and *Art 1, Sec 10, Cl 1* and also, *Article 1 in Amendment* which says; *"Congress shall make no law respecting an establishment of religion..."* because it is from the Pope's Roman Law, also

known as Canon Law, and because they have imposed Martial Law Rule which is why we took up arms in 1775

> "...*statutes have been passed extending the courts of admiralty and vice-admiralty far beyond their ancient limits for depriving us the accustomed and inestimable privilege of trial by jury, in cases affecting both life and property... ...to supersede the course of common law and instead thereof to publish and order the use and exercise of the law martial.......and for altering fundamentally the form of government established by charter. We saw the misery to which such despotism would reduce us." Causes and Necessity for Taking up Arms (1775)*

and more recently, with a bankruptcy emergency

> "It is an established fact that the United States Federal Government has been dissolved by the Emergency Banking Act, March 9, 1933, 48 stat. 1, Public Law 89-719; declared by President Roosevelt, being bankrupt and insolvent, H.J.R. 192, 73rd Congress in session June 5, 1933 - Joint Resolution To Suspend The Gold Standard and Abrogate The Gold Clause dissolved the Sovereign Authority of the United States and the official capacities of all United States Governmental Offices, Officers, and Departments and is further evidence that the United States Federal Government exists today in name only." United States Congressional Record, March 17, 1993 Vol. 33, [emphasis added]

> "Since March 9, 1933; the United States has been in a state of declared National Emergency . . . Under the powers delegated by these statutes, the President may: seize property; organize and control the means of production; seize commodities; assign military forces abroad; institute martial law; seize and control all transportation and communication; regulate the operation of private enterprise; restrict travel; and in a plethora of particular ways, control the lives of all American citizens. . . . A majority of the people of the United States have lived all of their lives under emergency rule. For 40 years, freedoms and governmental procedures guaranteed by the Constitution have in varying degrees been abridged by laws brought into force by states of national emergency . . ." In Reg: U.S. Senate Report No. 93-549 dated 11/19/73 (73 CIS Serial Set S963-2 - [607 Pages]) [emphasis added]

32.   Martial Law Rule is the law of emergency and necessity

> There are 3 kinds of martial law
> 1   Full Martial Law -when actually invaded by a foreign enemy or insurrection -troops put on the street
> 2   Martial Law Proper -law of the armed forces, when a sergeant tells a private what to do -enforced by courts martial
> 3   Martial Law rule -law of emergency or necessity, used during peace times, can go on indefinitely Ex Parte Milligan 4 Wall (71 U.S.) 2, 18 L.Ed. 281, p 302 Dyett v Turner 439 P2d 266 @ 269, 20 U2d 403 [1968] The Non-Ratification of the Fourteenth Amendment by Judge A.H. Ellett, Utah Supreme Court,

33.   The Pope's private BAR Guild members on the bench tell you; "I can do anything I want"

*"This was a War over the intrusion of Civil Law upon the Common Law. The court of Diamond v. Harris, calls the Civil Law (statutory law) "superior equity":*
*"It is difficult to see how the courts of this State are to ignore the common law as a rule of decision, when it is made so by statute, and adopt the civil law, even though it have the merit of superior equity." Diamond v. Harris, (1830) 33 Tex 634, 638.*
*In the meantime, "Civil Law" was the form of law imposed in the Roman Empire which was largely (if not wholly) governed by martial law rule.*
*"Equity" has always been understood to follow the law; to have "superior equity," is to turn things on their head. This is exactly what happens when martial law is imposed. If "equity" is the law, then it follows its own course rather than following the common law, thereby destroying the common law and leaving what is called "equity" in its place." The Non-Ratification of the Fourteenth Amendment by Judge AH Ellett, Utah Supreme Court, Dyett v Turner 439 P2d 266, page 63*

because normally equity follows common law which is taken from the Holy Bible,
but under Martial Law Rule, there is no common law, which is also talked about in
the Causes and Necessity of Taking Up Arms (1775) *supra*

*"Every system of law known to civilized society generated from or had as its component, one of three well known systems of ethics, pagan, stolic, or Christian. The Common Law draws its subsistence from the latter, its roots go deep into that system, the Christian concept of Right and Wrong and Justice motivates every rule of equity. It is the guide by which we dissolve domestic frictions and the rule by which all legal controversies are settled." Strauss v. Strauss, 3 So. 2nd 772 at 728 (1941) [emphasis added]*

which makes it Satanic, and the Pope's Private BAR Guild Satanists are using the
Pope's Canon Law of *Capitis Diminutio*

*"Capitis Diminutio Maxima (meaning a maximum loss of status through the use of capitalization, e.g. JOHN DOE or DOE JOHN) - The highest or most comprehensive loss of status. This occurred when a man's condition was changed from one of freedom to one of bondage, when he became a slave. It swept away with it all rights of citizenship and all family rights." Black's Law Dictionary, 4th Edition, 1968 [emphasis added]*

under the commerce clause (*Art 1, Sec 8, Cl 3*) to assault people with their "penal"
action for breach of quasi-contract (fake contract)

*A "penal action" is an action on a penal statute; an action for recovery of penalty given by statute. NcNeely v. City of Natchez, 114 So. 484, 487; 148 Miss. 268.*

*Where an action is founded entirely upon a statue, and the only object of it is to recover a penalty or forfeiture, such action is a "penal action." Gawthrop v. Fairmont Coal Co., 81 S.E. 560, 561; 74 S.Va. 39.*

*The words "penal" and "penalty" in their strict and primary sense denote a punishment, whether corporal or pecuniary, imposed and enforced by the state for a crime or offense*

prisoners are innocent, but it is such good business for the Pope and their Canon Law so-called Courts, which is one of the grievances in the Organic Law of the Declaration of Independence (1776)

> He has plundered our seas, ravaged our Coasts, burnt our towns, <u>and destroyed the lives of our people.</u> [emphasis added]

all of which has been planned and orchestrated by the Pope

> "Within twenty years this country is going to rule the world. Kings and Emperors will soon pass away and the democracy of the United States will take their place....When the United States rules the world, the Catholic Church will rule the world...." Roman Catholic Archbishop James E. Quigley, Chicago Daily Tribune, May 5, 1903

The Pope now owns and operates the bankrupt 1871 corporation *(16 Stat. 419)* as evidenced by the *Roman Aquila* military staff that is planted on all conquered nations, that is sitting on the right side of the Speaker's podium, and the two Roman fascia (bundle of rods bound into a weapon symbolizing under the rule of a single man) that are on the wall on each side of the Speaker's podium in the US House of Representatives, which is also why as Speaker of the US House of Representatives, Nancy Pelosi, told the members; *"We can't read this Bill until after we pass it."* because she was taking instructions from her Jesuit handlers,



all of which evidences the fact that the 1871 corporation, *16 Stat. 419*, currently operating in the District of Columbia is the Pope's dependent City State, and the Vatican's *Pope Francis* recently issued an *Apostolic Letter* about *Jurisdiction of Judicial Authorities of Vatican City State in Criminal Matters* that talks about concurrent jurisdiction in other States, which means other Papal States, like the District of Columbia, and the City of London, United Kingdom Crown

> "5. *When the same matters are prosecuted in other States*, the provisions in force in Vatican City State *on concurrent jurisdiction* shall apply." Apostolic Letter issued Motu Proprio...., entering into force on 1 September 2013. ]emphasis added]

**which means the Pope's ecclesiastical Canon Law is brought into Texas with the commerce clause (Art 1, Sec 8, Cl 3)** and the Vatican's Pope Francis came and addressed his owned and operated Congress on 24 September 2015, and the Pope's Satanic Private BAR Guild members are assaulting people, like the Appellant, with their Roman *Fiction of Law* Minor Estate *(31 CFR 363.6)* / cestui que use / usufruct / trust (necromancy) with presumptions of jurisdiction, presumptions of The Office of Trustee (because of the *cestui que usufruct*/ Minor Estate *31 CFR 363.6* and presumptions of suretyship.

34.    As *Posterity*, the Appellant is entitled to common law (NOT Canon/Roman Law) by right of blood, as described in *Article VI, Clause 2* of This Constitution for the United States of America, the *supreme law of the land*

> [2.] This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, *under the Authority of the United States, shall be the supreme Law of the Land*; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding. [emphasis added]

and also as found in the Judiciary Act

> "(a) *Saving to suitors, in all cases, the Right to a Common Law Remedy, where the Common Law is competent to give it;* shall also have Exclusive Original (Jurisdiction) Cognizance of all seizures on land, or other waters than as aforesaid made, and of all suits for penalties and forfeitures incurred, under the laws of the United States." 1 Statute 77, Section 9(a); [emphasis added]

and the Judicial Code of 1911

> *"Third. Of all causes of admiralty and maritime jurisdiction; <u>saving to suitors, in all cases,</u>*
> *<u>the Right of a Common Law Remedy, where the Common Law is competent to give it.</u>" 36*
> *Statute 1161, Section 256, Part (3).* [emphasis added]

because the "Law of the Land" phrase is a convertible phrase with the phrase

·"common law"

> *"The principle that no person should be deprived of life, liberty, or property except by <u>due</u>*
> *<u>process</u> of <u>law</u> did not originate in the American system of <u>constitutional</u> law, but was*
> *contained in the Magna Charta (sometimes referred to as Chapter 29), confirmed on the 19th*
> *day of June, 1215, declared:*
>> *"No freeman shall be taken, or imprisoned, or disseised, or outlawed, or exiled, or*
>> *anywise destroyed; nor shall we go upon him, nor send upon him, but by lawful judgment*
>> *of his peers or by the law of the land."*
> *It has even been said that the principle was known before Magna Charta and that it was*
> *originally designed to secure the subject against arbitrary action of the crown, and to place*
> *him under the protection of the law. It is settled beyond question that this principle came*
> *from England to America as part of the common law and has been a fundamental rule in*
> *common law. When first adopted in Magna Charta, the phrase, "law of the land," had*
> *reference to the common law and has been a fundamental rule in common law." 16 Am. Jur.*
> *2d, Constitutional Law, Section 543. [emphasis added]*

and *common law* and the *law of the land* has always been here long before the

government was here

> *The individual may stand upon his constitutional rights as a citizen. :... <u>His rights are such</u>*
> *<u>as existed by the law of the land long antecedent to the organization of the State</u>, and can*
> *only be taken from him by due process of law, and in accordance with the Constitution.*
> *Among his rights are a refusal to incriminate himself <u>and the immunity of himself and his</u>*
> *<u>property from arrest or seizure except under a warrant of the law</u>. <u>He owes nothing to the</u>*
> *<u>public</u> so long as he does not trespass upon their rights. <u>Hale v Henkel 201 U.S. 43 (1906)</u>*
> *[emphasis added]*

and because the Pope's maritime codes only apply on the high seas, and up to the

highwater mark or the first bridge of any navigable river, and the District of

Columbia, or any federal enclave, as found in Article 1, Section 8, Clauses 17 and

18

> *To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding*
> *ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress,*
> *become the Seat of the Government of the United States, and to exercise like Authority over*
> *all Places purchased by the Consent of the Legislature of the State in which the Same shall*

*be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings;—And*

*To make all Laws which shall be necessary and proper for carrying into Execution the foregoing Powers, and all other Powers vested by this Constitution in the Government of the United States, or in any Department or Officer thereof.*

35.    The Appellant has been very vociferous about being Posterity as found in the Preamble, and *"a living man"*, and *"a living soul"* in every document filed into the case, evidencing the pre-judgment on behalf of the Pope's Private BAR Guild members on the bench, the Pope's *"clergy"*, and their Vatican handlers because it fails to matter what the Appellant does or says, this case was pre-judged from the beginning using Trust law by the Pope's *"clergy"*.

36.    The Appellant demanded the Pope's County of Montague to produce a bona fide contract or be guilty of the felonies, in the *Kathryn Phillips Notice and Demand 061022*, a true copy of which is in the Appendix, ROA.3-21, ROA.256-274, ROA.352-370, ROA.475-494, and they failed to produce any evidence of a bona fide contract, and the Pope's *"clergy"* in the lower court failed to produce a contract

> *"It is impossible to prove jurisdiction exists absent a substantial nexus with the state, such as voluntary subscription to license. All jurisdictional facts supporting claim that supposed jurisdiction exists must appear on the record of the court." Pipe Line v Marathon, 102 S. Ct. 3858 quoting Crowell v Benson 883 US 22 [emphasis added]*

this Court is required to presume that no contract exists

> *"if the record does not show upon its face the facts necessary to give jurisdiction, they will be presumed not to have existed." Norman v. Zieber, 3 Or at 202-03.*

> *"The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings." Hagans v. Lavine, 415 U.S. 538 (1974)*

37.    The Pope's *"clergy"* in the lower court, fail to be an Article III Court because the Appellees in this matter are all the Pope's US citizens and ONLY an Article III Court can decide matters involving life liberty or property

> *Justice THOMAS, concurring:...J. Mascott, Constitutionally Conforming Agency Adjudication, 2 Loyola U. Chi. J. Reg. Compliance 22, 45 (2017) (Mascott) ("Cases*

*involving ... deprivations or transfers of life, liberty, or property constitute a `core' of cases that ... must be resolved by Article III courts—("not executive administrators dressed up as courts"). Axon Enterprise, Inc. v. FTC, 143 S.Ct. 890 (2023) Nos. 21-86 and 21-1239 (April 14, 2023)*

*"10. Where a controversy is of such a character as to require the exercise of the judicial power defined by Art. III, jurisdiction thereof can be conferred only on courts established in virtue of that Article, and Congress is without power to vest that judicial power in any other judicial tribunal, or, of course, in an executive officer or administrative or executive board, since "they are incapable of receiving it." American Ins. Co. v. Canter, 1 Pet. 511. P. 578." Williams v United States 289 U.S. 553 (1933) [emphasis added]*

therefore, they are acting with no authority and maliciously

*"Although probable cause may not be inferred from malice, malice may be inferred from lack of probable cause." Pauley v. Hall, 335 N. W. 2d 197, 124 Mich App 255;*

38.    The Pope's *"clergy"* have ceased to represent the government

*"An officer who acts in violation of the Constitution ceases to represent the government". Brookfield Const. Co. v. Stewart, 284 F. Supp. 94.*

39.    The Pope's *"clergy"* are deemed to know the law with no immunity.

*"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law." Owens v Independence 100 S.C.T. 1398*

*"Judge loses his absolute immunity from damage actions only when he acts in clear absence of all jurisdiction or performance of an act which is not judicial in nature." Schucker v. Rockwood, 846 F.2d 1202*

*"When enforcing mere statutes, judges of all courts do not act judicially" and thus are not protected by "qualified" or "limited immunity," SEE: Owen v. City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404*

40.    The Pope's *"clergy's"* Bill of Pains and Penalties are unconstitutional Acts and a nullity

*"An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed." Norton vs Shelby County, 118 U.S. 425, p. 442*

*"An unconstitutional law is void, and is as no law. An offence created by it is not a crime." Ex parte Siebold, 100 U.S. 371, 376 (1880), quoted with approval in Fay v. Noia, 372 U.S. 391, 408 (1963)*

*"No one is bound to obey an unconstitutional law and no courts are bound to enforce it." 16th American Jurisprudence 2d, Section 177 late 2nd, Section 256*

the Pope's *"clergy"* held a kangaroo court

*"Kangaroo court. <u>Term descriptive of a sham legal proceeding in which a person's rights are totally disregarded and in which the result is a foregone conclusion because of the bias of the court or other tribunal.</u>" Black's Law Dictionary, 6th Edition, page 868, [emphasis added]*

## and everything the Pope's *"clergy"* did is a fraud and a nullity

*"Once a fraud, always a fraud." 13 Vin. Abr. 539.*

*"Things invalid from the beginning cannot be made valid by subsequent act." Trayner, Max. 482. Maxims of Law, Black's Law Dictionary 9th Edition, page 1862*

*"A thing void in the beginning does not become valid by lapse of time." 1 S. & R. 58. Maxims of Law, Black's Law Dictionary 9th Edition, page 1866*

*Time cannot render valid an act void in its origin. Dig. 50, 17, 29; Broom, Max. 178, Maxims of Law, Black's Law Dictionary 9th Edition, page 1862*

*"Ex dolo malo non oritur action. Out of fraud no action arises. Cowper, 343; Broom's Max. 349."Bouvier's Maxims of Law 1856*

## and any act to conceal the fraud becomes an act of fraud;

*"fraus est celare fraudem. It is a fraud to conceal a fraud. 1 Vern. 270."Bouvier's Maxims of Law 1856*

## and fraud is inexcusable and unpardonable;

*"Fraus et dolus nemini patrociniari debent. Fraud and deceit should excuse no man. 3 Co. 78."Bouvier's Maxims of Law 1856*

## and any fraud amounts to injustice;

*"Fraus et jus nunquam cohabitant. Fraud and justice never dwell together." Maxims of Law, Black's Law Dictionary, 9th Edition, page 1832*

*"Quod alias bonum et justum est, si per vim vei fraudem petatur, malum et injustum efficitur. What is otherwise good and just, if sought by force or fraud, becomes bad and unjust. 3 Co. 78."Bouvier's Maxims of Law 1856*

## and the Pope's Bill of Pains and Penalties fake judgment is brutum fulmen

*"brutum fulmen": "An empty noise; an empty threat. A judgment void upon its face which is in legal effect no judgment at all, and by which no rights are divested, and from which none can be obtained; and neither binds nor bars anyone. Dollert v. Pratt-Hewitt Oil Corporation, Tex.Civ.Appl, 179 S.W.2d 346, 348. Also, see Corpus Juris Secundum, "Judgments" §§ 499, 512 546, 549. Black's Law Dictionary, 4th Edition*

## and the Pope's Bill of Pains and Penalties judgment is void and an absolute nullity

<u>*"A void judgment is one which, from its inception, was a complete nullity and without legal effect"*</u> *Lubben v. Selective Service System Local Bd. No. 27, 453 F.2d 645, 14 A.L.R. Fed.*

298 (C.A. 1 Mass. 1972). *Hobbs v. U.S. Office of Personnel Management, 485 F.456 (M.D.Fla. 1980) [emphasis added]*

*"Void judgment is one which has no legal force or effect whatever, it is an absolute nullity, its invalidity may be asserted by any person whose rights are affected at any time and at any place and it need not be attacked directly but may be attacked collaterally whenever and wherever it is interposed." City of Lufkin v. McVicker, 510 S.W. 2d 141 (Tex. Civ. App. – Beaumont 1973). [emphasis added]*

*"A void judgment, insofar as it purports to be pronouncement of court, is an absolute nullity" Thompson v. Thompson, 238 S.W.2d 218 (Tex.Civ.App. – Waco 1951).*

*"Void order may be attacked, either directly or collaterally, at any time" In re Estate of Steinfield, 630 N.E.2d 801, certiorari denied, See also Steinfeld v. Hoddick, 513 U.S. 809, (Ill. 1994). [emphasis added]*

41.    The Pope's *"clergy"* unfiled 78 criminal complaints that the Appellant filed into the case in support of the Pope's Federal Bureau of Investigation refusal to investigate them in support of their targetedjustice.com agenda and weaponized Department of Justice, to refuse to investigate felonies against targeted individuals like the Appellant in the hope the Appellant will exercise the right to resist their unlawful arrest, and their unlawful theft of the Appellant's land, with lethal force if necessary (*United States v. Schooner Amistad, 40 U.S. (15 Pet.) 518 (1841)*), so they will have an excuse to murder the Appellant, and say they killed another sovereign citizen terrorist for their communist handlers, and in support of their War Crimes agenda to take reprisals against anyone who thinks they have rights, for their political beliefs, and their communist handlers to eliminate private property rights, all of which is in support of the Pope's Private BAR Guild and their Vatican handlers, who love satanic blood sacrifices to their Roman Cult god BAAL so they can pillage the fake money from the Treasury Direct account under GLENN WINNINGHAM FEARN under the *Hague Convention Concerning the International Administration of the Estates of Deceased Persons, concluded 2 October 1973*, and the Appellant is NOT suicidal, but if the Appellant does turn up dead, this is deathbed testimony.

42.    The Pope's *"clergy"* are priests of BAAL, and evidently intend to perjure their oaths of office to the *"...supreme law of the land..."* under the Pope's Code of Law for the District of Columbia now known as United States Code 28 USC § 453

> *Each justice or judge of the United States shall take the following oath or affirmation before performing the duties of his office: "I, ___ ___, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ___ under the Constitution and laws of the United States. So help me God."*

and the God they are talking about in their oath is Satan, and they have absolutely no intention of being neutral or unbiased

> *"It is a fundamental right of a party to have a neutral and detached judge preside over the judicial proceedings." Ward v Village of Monroeville, 409 U.S. 57, 61-62, 93 S.Ct 80, 83, 34 L.Ed. 2d 267 (1972); Tumey v Ohio, 273 U.S. 510, 5209, 47 S. Ct. 437, 440, 71 L.Ed. 749 (1927)*

but pre-judged this case from the beginning to bring the District of Columbia outside *"...a maximum of ten miles square..."* in violation of Article 1, Section 8, Clause 17, for their Vatican handlers' *cestui que usufruct* / Minor Estate (*31 CFR 363.6*), and it failed to matter what the Appellant said or did, because the Pope's *"clergy"* intended to sell the Appellant into slavery from the beginning, in support of their Vatican handlers, and the Pope's County of Montague Private BAR Guild buddies, because their Oath to their Private BAR Guild is also to their god Satan who is the father of all lies

> *"Ye are of your father the devil, and the lusts of your father ye will do. He was a murderer from the beginning, and abode not in the truth, because there is no truth in him. When he speaketh a lie, he speaketh of his own: for he is a liar, and the father of it." John 8:44*

43.    The Pope's *"clergy"* are engaged in Treason in violation of the Pope's Code of Law for the District of Columbia Title 18 USC Section 2381, and since we were attacked in 2020 with a stolen election, a fake pandemic and fake vaccinations (forced medical experiments), by the communist Chinese, the Venezuelans, the Cubans, the Vatican, the Serbians, and others, the Appellees are giving aid and comfort to the communist enemies in a time of War, because the first plank of the communist manifesto is the abolition of Private Property Rights, and the Pope's *"clergy"* are busy helping the Pope's County of Montague corporate land thieves, in the theft of the Appellant's land.

44.    The Appellant has filed BAR grievances against 98 of the Pope's private BAR Guild *"clergy"*, some more than once, and they have all been dismissed as an inquiry.

They were all appealed to the Pope's *Board of Disciplinary Appeals*, and they were dismissed again.

45.    The Appellant has filed judicial complaints against more than 50 of the Pope's "*clergy*", with the *State Commission on Judicial Conduct*, some more than once, and they have all been dismissed, 25 of them on the same day.

## Conclusion

*46.*    The 1871 municipal corporation (16 Stat. 419) that is now operating in the District of Columbia is unconstitutional because municipal law is Roman Law which is also called Canon Law and is ecclesiastical from what now the Vatican, and Article I in Amendment says; "*Congress shall make no law respecting an establishment of religion*"

*47.*    The Minor Estate (*31 CFR 363.6*) that the Pope's municipal corporation "County of Montague" in conspiracy with the Pope's private BAR Guild and the Pope's State BAR of Texas are assaulting the Appellant with, is unconstitutional because Article I in Amendment says "*Congress shall make no law respecting an establishment of religion*"

48.    The Pope's State BAR of Texas its parent corporation National BAR Foundation are unconstitutional because they are owned and operated by the Pope, and all BAR members are foreign agents of the Pope, as "*clergy*" busy assaulting the Appellant with the Pope's Roman Law / Canon Law and ecclesiastical law and is unconstitutional because Article I in Amendment says: "*Congress shall make no law respecting an establishment of religion*"

49.    The Judgment and Order of the Pope's lower Court "*clergy*" is a *Bill of Pains and Penalties* because it is a legislative act that punishes the Appellant with the theft of his land without a judicial trial, and the judgment and order of Pope's "*clergy*" Byars and the 97th District Court is also a Bill of Pains and Penalties which are unconstitutional violating *Art 1, Sec 9, Cl 3,* and *Art 1, Sec 10, Cl 1.*

## Relief Sought

50.    The Appellant requires an order vacating the void judgment of the Pope's lower Court "*clergy*", and order to the Pope's Federal Bureau of Investigation to

investigate the felonies of the County of Montague corporate thieves, and an order that the Pope's United States Attorney prosecute the felonies.

51.    The Appellant requires an ORDER declaring the 1871 municipal corporation (*16 Stat. 419*) is unconstitutional, and the Minor Estate (*31 CFR 363.6*), the *National BAR Foundation*, the *State BAR of Texas* are all unconstitutional.

52.    The Appellant requires an ORDER dissolving and liquidating the Pope's Minor Estate (*31 CFR 363.6*) and the Appellant fails to care what they do with the fake money in the Treasury Direct Account – they can put it up their rectal orifice - but the Appellant wants it dissolved and liquidated yesterday – it is a fraud, a lie, necromancy, and Satanic, and it is being used to enslave the Appellant.

Signed and sealed in red ink on the land, under penalties with perjury without the Pope's United States, Inc. (28 USC 1746(1)).

I, glenn winningham; house of fearn, Appellant, Sui Juris, a natural man living in the republic, do declare that I have scribed and read the foregoing facts, and in accordance with my best firsthand knowledge, such are true, correct, complete and not misleading, the truth, the whole truth and nothing but the truth, before God, Angels, and everybody who reads this document as witnesses, and pursuant to your rules of evidence.

Dated this _____10th_____ day of July in the year, two thousand and twenty-five.

_____ L. S.

glenn winningham; house of fearn, sui juris, a living man
With full responsibility for my actions
under YHWH's law as found in the Holy Bible and no other
With a postal address of;
General Post Office, ZIP CODE EXEMPT
C/O 6340 Lake Worth Boulevard, #437
near Fort Worth, Texas [RR 76135]
Non-Domestic Mail, Without the Pope's United States, Inc.